IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 3:07mj30-WC |
| v. ) | |
| ) | |
| ALEXIS RAMON HERRERA-FLORES ) | |

## GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. **Eligibility of Cases**

    This case is eligible for a detention order because this case involves:

    | | |
    |---|---|
    | ____ | Crime of violence (18 U.S.C. 3156) |
    | ____ | Maximum sentence of life imprisonment or death |
    | ____ | 10 + year drug offense |
    | ____ | Felony, with two prior convictions in the above categories |
    | X | Serious risk the defendant will flee |
    | ____ | Serious risk of obstruction of justice |
    | ____ | Felony involving a minor victim |
    | ____ | Felony involving possession possession or use of a firearm or other destructive device (as defined by 18 U.S.C. 921) or any other dangerous weapon |
    | ____ | Failure to register a sex offender (18 U.S.C 2250) |

2. Reason For Detention

    The Court should detain defendant because there are no conditions of release which will reasonably assure:

   __X__     Defendant's appearance as required

  _____    Safety of any other person and the community

3.     <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e). The presumption applies because:

  _____    Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

  _____    Previous conviction for "eligible" offense committed while on pretrial bond

  _____    A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.     <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

  _____    At the initial appearance

  __X__     After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 16th day of March, 2007.

                                    LEURA G. CANARY
                                    United States Attorney

                                    /s/ Susan R. Redmond
                                    SUSAN R. REDMOND
                                    Assistant United States Attorney
                                    Post Office Box 197
                                    Montgomery, AL 36101-0197
                                    334.223.7280
                                    334.223.7135 fax
                                    susan.redmond@usdoj.gov