IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:07mj30-WC |
| ) | |
| ALEXIS RAMON HERRERA-FLORES ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, **ALEXIS RAMON HERRERA-FLORES**, in the above-styled case.

Dated this 20th day of March 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Redmond, Assistant United States Attorney.

                      Respectfully submitted,

                        s/Jennifer A. Hart
                        **JENNIFER A. HART**
                        FEDERAL DEFENDERS
                        MIDDLE DISTRICT OF ALABAMA
                        201 Monroe Street, Suite 407
                        Montgomery, AL 36104
                        Phone: (334) 834-2099
                        Fax: (334) 834-0353
                        jennifer_hart@fd.org
                        AL Bar Code: HAR189